IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-23-RLV-DCK

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, a/s/o Robert and Beverly Holton, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TITEFLEX CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by James M. Dedman, IV on June 13, 2012, concerning Daniel Bowman White. Mr. White seeks to appear as counsel *pro hac vice* for Defendant Titeflex Corporation (Flex-Tek Group).

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. White is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Titeflex Corporation (Flex-Tek Group).

Signed: June 13, 2012

David C. Keesler
United States Magistrate Judge